IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                   )
                                         )    Case No. 13-03667
Abraham Lincoln Centre,                  )    Chapter 7
                                         )    Judge Pamela S. Hollis
                                         )
           Debtor.                       )

**CERTIFICATE OF SERVICE**

STATE OF ILLINOIS  )
                   )
COUNTY OF COOK     )

      The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the Notice of Trustee's Final Report and Applications for Compensation to be served electronically and/or via First Class U.S. mail, postage pre-paid, to the names and addresses listed on the attached Service List on the 8th day of November 2016, before the hour of 5:00 p.m.

      /s/Eugene Crane

Eugene Crane, Esq. (Atty. Reg. #0537039)
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, Illinois  60603
Phone: (312) 641-6777
Fax: (312) 641-7114

**SERVICE LIST**

*Served electronically:*
Chicago Housing Authority
c/o R. Scott Alsterda
email: rsalsterda@nixonpeabody.com

Ronald Barliant
email:
ronald.barliant@goldbergkohn.com

United States Trustee
USTPRegion11.ES.ECF@usdoj.gov

IFF
c/o Steven R. Rappin
email: dolswang@hrolaw.com,
rarredondo@hrolaw.com

Bradley A. Skafish on behalf of
Creditor Lance Owens
email: bskafish@hotmail.com

Lois West
Popowcer Katten, Ltd.
email: lwest@popcocpa.com

*Served via U.S. mail:*
6226 S. Woodlawn Ave LLC
c/o Quentin Pitluck
POB 2146
Chicago, IL 60690-2146

A-1 Pest Masters Extermination Co.
1943 W. 63rd Street
Chicago, IL 60636-2140

A.M. Bus Company
100 W. 91st Street
Chicago, IL 60620-1435

Able Distributors
2501 N. Central Avenue
Chicago, IL 60639-1321

Accurate Office Supply
260 Gerzevske Lane
Carol Stream, IL 60188-2049

Adetutu Argoro
8941 S. Greenwood
Chicago, IL 60619-7045

ADT Security Services
PO Bos 371490
Pittsburgh, PA 15250-7490

Jacob Aimers
3600 N. Lake Shore Drive #1721
Chicago, IL 60613-4625

Sam Aiwuyo
835 E. 87th Street
Chicago, IL 60619-6203

Alarm Detection Systems
1111 Church Road
Aurora, IL 60505-1905

Alexander Movers, Inc.
6535 S. Cottage Grove Ave.
Chicago, IL 60637-4209

Alliant Law Group
AT&T Settlement
2860 Zanker Road Suite 105
San Jose, CA 95134-2119

Allied Waste Services
PO Box 9001154
Louisville, KY 40290-1154

American Red Cross of Greater Chicago
111 E. Wacker Drive Street, #200
Chicago, IL 60601-4206

Ammons Transportation
9001 S. Genoa Avenue
Chicago, IL 60620-2644

Alicia Anderson
3625 S. Lake Park Ave. #1004
Chicago, IL 60653-1441

Veneta Anthony
7020 S. Carpenter
Chicago, IL 60621-1118

Colin Arnold
6355 S. Langley Ave.
Chicago, IL 60637-3467

Kokebie Asres
47015 S. Woodlawn Unit B
Chicago, IL 60615

At Conference
6535 S. Cottage Grove Ave.
Chicago, IL 60637-4209

AT Conference, Inc.
PO Box 2939
Southampton, NY 11969-2939

AT&T
1111 Church Road
Aurora, IL 60505-1905

AT&T
6535 S. Cottage Grove Avenue
Chicago, IL 60637-4209

AT&T
PO Box 5087
Carol Stream, IL 60197-5087

AT&T Universal Business
PO Box 688901
Des Moines, IA 50368-8901

Abraham Lincoln Centre Dental Plan
US Dept. Of Labor/Employee Benefit
   Security Administration
230 S. Dearborn, Suite 2160
Chicago, IL 60604-1735

James Barnes
PO Box 5221
Lansing, IL 60438-5221

Steven Beasley
2651 E. 74th Street #2
Chicago, IL 60649-4025

Behavioral Staffing
c/o Barnes & Thornburg, LLP
Attn: Carolyn Wendel
One N. Wacker Drive # 4400
Chicago, IL 60606-2841

Howard Bell
8920 S. Harper Street
Chicago, IL 60619-7108

Nicole Benjamin
17620 Country Club Drive
Country Club Hills, IL 60478-4919

Hermione Bennett
7908 S. Kimbark Avenue #A
Chicago, IL 60619-3456

John Bennett
1711 W. 59th Street, #2
Chicago, IL 60636

Rose Black
7040 S. Eberhart
Chicago, IL 60637-4622

Roberta Bostic
7558 Lafayette Avenue
Chicago, IL 60620-1019

Boyle's Exteriors
4000 S. Cottage Grove Avenue
Chicago, IL 60653-2413

Jeanette Bridges
8223 S. Muskegon
Chicago, IL 60617-2130

Briggs Corporation
PO Box 1698
Des Moines, IA 50306-1698

Bronzeville Academic Center
220 West 45th Place
Chicago, IL 60609-3903

Diane Brooks
8661 S. Kimbark
Chicago, IL 60619-6417

Rodney Brown
495 Burnham Avenue
Calumet City, IL 60409-3428

Theresa Brown
9540 S. Dobson
Chicago, IL 60628-1630

Gus Burns
8428 S. Vernon Avenue
Chicago, IL 60619-6017

Kenyatta Bussie
6628 S. Peoria
Chicago, IL 60621-1820

Betty Lamonte
6518 S. Maplewood
Chicago, IL 60629-1726

Brittney Kimbrough
6605 S. Fairfield
Chicago, IL 60629-1709

Robert Troy Campbell
236 Vernon Drive
Bolingbrook, IL 60440-2423

Candor Electric Inc.
7825 S. Claremont Avenue
Chicago, IL 60620-5881

Careers in Nonprofits
33 N. Dearborn Street
Chicago, IL 60602

Deborah Carter
8132 S. Drexel
Chicago, IL 60619-4149

Chicago Copier Services
348 N. Ashland Suite C
Chicago, IL 60607-0011

Chicago Office Technology Group
4 Territorial Court
Bolingbrook, IL 60440-3558

Chicago State University
9501 S. King Drive
Chicago, IL 60628-1598

CIT Technology Fin Services Inc.
C/o Jeffrey, Schug, McCarthy,
Burgess
26000 Cannon Road
Cleveland, OH 44146-1807

City of Chicago
8212 Innovation Way
Chicago, IL 60682-0082

City of Chicago
Department of Revenue
PO Box 88298
Chicago, IL 60680-1298

City of Chicago
Dept. Of Buildings
8108 Innovation Way
Chicago, IL 60682-0081

City of Chicago/Dept. Of Water
PO Box 6330
Chicago, IL 60680-6330

Columbia College Chicago
600 S. Michigan Avenue
Chicago, IL 60605-1996

Comcast
PO Box 3002
Southeastern, PA 19398-3002

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Converged Digital Networks
2055 Ogden Avenue
Downers Grove, IL 60515-2601

Cook County Treasurer
PO Box 4488
Carol Stream, IL 60197-4488

Rolinda Cooper
14115 S. LaSalle Avenue
Riverdale, IL 60827-2230

Coventry Health Care, Inc.
PO Box 280068
East Hartford, CT 06128-0068

Creative Graphic Solution
5111 Central Avenue
Portage, IN 46368-2731

CSC Alarm Systems, Inc.
PO Box 436
Midlothian, IL 60445-0436

Cutting Edge Document
Destruction, Inc.
3301 West 47th Place
Chicago, IL 60632-3012

Chase Bank
1820 E. Sky Harbor
Cir S
Phoenix, AZ 85034-4810

Citibank
399 Park Avenue
New York, NY 10022-4699

Commonwealth Edison Co.
Attn: Bankruptcy Section
3 Lincoln Center
Oakbrook Terrace, IL 60181

Antoinette Davis-Randle
1129 W. 172nd Street
East Hazel Crest, IL 60429-1910

DBR Publishing Co.
11375 E. 61st Street, Suite 102
PO Box 47030
Tulsa, OK 74147

Dell Financial Services
PO Box 81577
Austin, TX 78708-1577

Dell Computer Corp.
One Dell Way
Round Rock, TX 78682-0001

Dell Financial Services
c/o ARSI
555 St. Charles Drive, Suite 100
Thousand Oaks, CA 91360-3983

Delta Dental Plan of Illinois
111 Shuman Blvd.
Naperville, IL 60563-8678

Dept. Of Revenue
Collections Unit
City Hall, Room 107A
121 N. LaSalle Street
Chicago, IL 60602-1202

Maurice Doss
206 W. 92nd Street
Chicago, IL 60620-1523

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadephia, PA 19101-7346

Dianne Harris
7927 South Wolcott Ave., #1
Chicago, IL 60620-5311

April Emory
7706 S. Ridgeland Avenue
Chicago, IL 60649-4506

Hilda Everette
2123 W. 71st Place
Chicago, IL 60636-3657

Express-Inks
37390 Brutus Way
Beaumont, CA 92223-8060

Eloise Jordan
7322 S. Marshfield
Chicago, Il 60636-3811

Ferrmex Landscape
407 N. Orchard Drive
Park Forest, IL 60466-1172

Darlene Fisher
8325 S. Sealy Avenue
Chicago, Il 60620

Gloria Foster
9406 S. Emerald Avenue
Chicago, IL 60620-2706

Fostrian Business Capital
Corporation
946 S. Court Street, Suite B
Crown Point, IN 46307-4848

Francine Myles
9339 S. Harper
Chicago, IL 60619-8031

G. Octavious S. Perry
345 Pulaski Road
Calumet City, IL 60409-4116

Cassandra Gallion
5641 S. Moody
Chicago, IL 60638-3545

Martha Ganet
3 Maple Tree Court
Elmhurst, IL 60126-5229

Shakita Garrett
7525 S. Trumbull
Chicago, IL 60652-1421

Garvey's Office Products
PO Box 66667
Chicago, IL 60666-0667

GE Capital
c/o Sage Capital Recovery
1040 Kings Hwy N
Cherry Hill, NJ 08034-1908

GE Capital Retail Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

Get Technology & Accounting Solution
368 Mark Layne Road
Weatherford, TX 76088-3851

Gibson Consulting Services
3146 W. 85th Street
Chicago, IL 60652-3429

Gwendolyn Gladney
14732 Dorchester Avenue
Dolton, IL 60419-2417

Wardell Glass, Jr.
3118 Elaine Court
Flossmoor, IL 60422-1463

Janice Gordon
7017 S. Merrill Avenue #305
Chicago, IL 60649-2189

Desiree Griffin
PO Box 178672
Chicago, IL 60617-8672

Groot Industries
PO Box 92257
Elk Grove Village, IL 60009-2257

Roberto Guerrero
29 W. 32nd Street
Steger, IL 60475-1010

Kevin Guise
8208 S. Escanaba Avenue
Chicago, IL 60617-2119

Bernard Gusta
6743 S. Loomis Blvd.
Chicago, IL 60636-2924

Gibson Behavorial Health Consulting
Alice Gibson
3146 W. 85th Street
Chicago, IL 60652-3429

Gloria Knight-Hinds
7821 S. Sangamon Street
Chicago, IL 60620-2813

Groot Industries
2500 Landmeier Road
Elk Grove Village, IL 60007-2627

Shirley Hamilton
7022 S. South Shore Drive
Chicago, IL 60649-2248

Denise Hardin
57 W. 107th Street
Chicago, IL 60628-3438

Leon Harrell
153 S. Kensington
Chicago, IL 60628-5638

Cydric Harris
9223 S. Ada Street
Chicago, IL 60620-3654

Helthkare Products
PO Box 277
Itasca, IL 60143-0277

Vanodda Henderson
8354 S. LaSalle
Chicago, Il 60620-1226

Curtis Henry
3848 S. Ellis, #202
Chicago, IL 60653-2038

Homewood Disposal Service, Inc.
1501 W. 175th Street
Homewood, IL 60430-4608

Ashley Hudson
1021 N. Waller Avenue Apt. D
Chicago, IL 60651-2612

Rosalind Hudson
7447 S. Shore Drive
Chicago, IL 60649-3862

Helthkare Products LLC
1765 W. Cortland Court Suite F
Addison , IL 60101-4237

IL Dept of Healthcare and Family
  Services
Division of Child Support Services
PO BOX 804556
Chicago, IL 60680-4132

Illinois Charity Bureau Fund
Office of Attorney General
100 W. Randolph Street 11th Floor
Chicago, IL 60601-3218

Illinois Dept. Of Human Rights
IDHR-Fiscal Unit
100 W. Randolph Street, Suite 10-100
Chicago, IL 60601-3391

Imperial Carpet One
1640 E. 87th Street
Chicago, IL 60617-2790

IPFS Corporation
24722 Network Place
Chicago, IL 60673-1247

Pacifica Ixtapa
PO Box 29352
Phoenix, AZ 85038-9352

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Kendalla Jackson
904 West 85th Street #2
Chicago, IL 60620-3205

Kendalla Jackson
5515 S. Princeton
Chicago, IL 60621-4112

Jacksonwalbash
Dept. Chi 14031
Palatine, IL 60055-0001

Sandra Jefferson
7726 S. Normal Avenue #2
Chicago, IL 60620-1826

Ulysses Jefferson
4858 S. Michigan Avenue, Apt. 1
Chicago, IL 60615-1052

Jesse White Secretary of State
Dept of Business Services
501 S. 2nd Street, Room 328
Springfield, IL 62756-1000

Gloria Johnson
11424 S. Watkins Avenue
Chicago, IL 60643-4320

Tonya Johnson
3550 S. Rhodes Apt. 2108
Chicago, IL 60653-1293

Simeon Jones
3242 E. 92nd Street
Chicago, IL 60617-4650

Terrilynn Jones
3651 W. 85th Street
Chicago, IL 60652-3701

Alexander Jordan
1001 W. 78th Street, Apt. #1
Chicago, IL 60620-2909

Eloise Jordan
7322 S. Marshfield
Chicago, IL 60636-3811

James Knox
8810 S. Colfax
Chicago, IL 60617-2435

Kates Detective Agency
7810 S. Claremont Avenue
Chicago, IL  60620-5811

Brenda Kennard
6900 S. Crandon #811
Chicago, IL 60649-1710

Douglas Kenny
4700 S. Lake Park #1307
Chicago, IL 60615-7013

Tiffani Kight
9315 S. Merrill Ave.
Chicago, IL 60617-3945

Kimbark Residential
Development
1415 E. 68th Street
Chicago, IL 60637

Brittany Kimbrough
6605 S. Fairfield
Chicago, IL 60629-1709

Kindred Hospital Chicago North
Dept. 4637
3303 Solutions Center
Chicago, IL 60677-3003

Kelta King
15547 University Avenue
Dolton, IL 60419-2730

Monica Knight
711 E. 45th Street
Chicago, IL 60653-3507

Brian Kyle
3542 West 24th Street Apt. 2B
Chicago, IL 60623-

L.J. Belcher & Associates, Inc.
4947 S.  King Drive
Chicago, IL 60615-2305

Betty Lamothe
6518 S.  Maplewood Avenue
Chicago, IL 60629-1726

Arlene Lewis
7114 S. Rockwell
Chicago, IL 60629-2012

Larry Share
1340 W. Albion Avenue
Chicago, IL 60626-4751

David Mack
5928 S. State Street
Chicago, IL 60621-3929

Angel Macklin
1424 Adams Street
Gary, IN 46407-1229

Loretta Mahmud
7925 S. Eberhart
Chicago, IL 60619-3815

Mama Lucy's Catering
6054 South Prairie
Chicago, IL 60637-2216

Marcus Margerum
220 Laura Cr
College Park, GA 30349-2520

Cynthia Mason
1050 Elliot Court
Olympia Fields, IL 60461-1606

Ascellus McClinton
801 Longwood Drive
Joliet, IL 60432-1515

Carmen McGhee
4815 S. Indiana Avenue
Chicago, IL 60615-1105

Richard McGruder
8414 S. Cottage Grove Avenue #2W
Chicago, IL 60619-9442

Med-Call Healthcare
311 W. Superior Street, Suite 514
Chicago, IL 60654-3425

Melmarie, Inc. d/b/a Behavioral Staffing
Dept. #4371
Carol Stream, IL 60122-0001

Minnie Miles
2060 E. 99th Street
Chicago, IL 60617-5259

Melanie Miller
1123 W. 172nd Street
East Hazel Crest, IL 60429-1910

Michelle Mobley
740 E. 61st Street Apt. 301
Chicago, IL 60637-2547

Marquita Moore
11630 S. Vincennes Avenue
Chicago, IL 60643-4911

Jeremy Moran
7415 Discovery Lane
Missouri City, TX 77459-2234

MPEA
600 E. Grand Avenue
Chicago, IL 60611-3419

Julia Murrell
7310 S. Calumet Avenue
Chicago, IL 60619-1724

Mae B. Rattle
1219 E. 156th Street
South Holland, IL 60473-1805

Melanie Miller
4505 N. Rome #711
Tampa, FL 33603-2800

Melmarie, Inc.
dba Behavioral Staffing
Melmarie Inc.
999 Plaza Drive #200
Schaumburg, IL 60173-5478

Northeastern Illinois University
Student Employment Office
5500 N. St. Louis
Chicago, IL 60625-4625

Henrietta Okonta
2701 Larkspur Avenue
Hazel Crest, IL 60429-2182

Gabriel Oluwakotanmi
8056 S. Harper
Chicago, Il 60619-4637

Milton Panigua
14-9th Avenue
Arlington Heights, IL 60005-4731

Peoples Gas
Bill Payment Center
Chicago, IL 60687-0001

Peoples Gas Light& Coke Company
130 East Randolph Street
Chicago, IL 60601-6203

Catherine Perry
5242 S. Hyde Park Blvd.
Chicago, IL 60615

Petty's Exterminating Co.
1515 South Pulaski Road
Chicago, IL 60623-1953

Evelyn Phillips
7029 S. Artesian
Chicago, IL 60629-1423

Dolores N. Pillow
2352 E. 96th Street
Chicago, IL 60617-4810

Pitney Bowes Global Financial Service
PO Box 856460
Louisville, KY 40285-6460

Pitney Bowes Purchase Power
Easy Permit Postage
PO Box 371874
Pittsburgh, PA 15250-7874

Magalie Polynice
9020 S. University Avenue
Chicago, IL 60619-7928

Broderick Porter
10426 S. Wabash
Chicago, IL 60628-2738

Protection One
PO Box 5714
Carol Stream, IL 60197-5714

Public Storage
3659 S. Ashland Avenue
Chicago, IL 60609-1320

Pitney Bowes, Inc.
4901 Belfort Road, Suite 120
Jacksonville, FL 32256-6016

Quality Catering For Kids
129 Central Avenue
PO Box 515
Lake Villa, IL 60046-0515

Wyndi Randle
8713 S. Manistee Avenue
Chicago, IL 60617-3157

Mae Rattle
7015 S. Claremont
Chicago, IL 60636-3111

Reliable Fire Equipment Co.
12845 S. Cicero Avenue
Alsip, IL 60803-3083

Renzo Dairy
Renzo & Sons, Inc.
PO Box 505
Franklin Park, IL 60131-0505

REO Storage
6714 S. Cottage Grove Avenue
Chicago, IL 60637-4138

Susie Roach
641 S. Maple, Unit K
Oak Park, IL 60304-2812

Mattie Robinson
14327 S. Kimark Avenue
Dolton, IL 60419-1309

Rock for Kids
c/o Foundations of Music
1801 W. Belle Plaine, Unit 2016
Chicago, IL 60613

Roto-Rooter Services Co.
5672 Collections Ctr Drive
Chicago, IL 60693-0056

Rosalind Hudson
7447 S. South Shore Drive Apt. 8E
Chicago, IL 60649-3887

Sam's Club
Member Service
2101 S.E. Simple Savings Drive
Bentonville, AR 72716-0001

Sam's Club
PO Box 965004
Orlando, FL 32896-5004

Barbara Sanders
430 E. 162nd Street #108
South Holland, IL 60473-2258

Barbara Sanders
474 Joyce Court
South Holland, IL 60473-2360

Santander Consumer USA
PO Box 105255
Atlanta, GA 30348-5255

Workneh Seffi
1213 Arquilla
Flossmoor, IL 60422-1653

Larry Share
1340 W. Albion Avenue
Chicago, IL 60626-4751

Sharon Walker
2120 W. 54th Street
Chicago, IL 60609-5534

James Simmons
1218 W. Albion Apt. 1E
Chicago, IL 60626-4793

Terrance Simmons
7221 S. Euclid, Apt.1A
Chicago, IL 60649-2907

Keilah Smith
1008 E. 101st Street
Chicago, IL 60628-7607

Zirl Smith
1133 W. Pratt Blvd. #3
Chicago, IL 60626-4403

Smithereen
7400 N. Melvina Avenue
Niles, IL 60714-3908

Janice Snow-Erogbogbo
348 E. 90th Street
Chicago, IL 60619-6752

Patricia Snowden
561 E. 40th Street
Chicago, IL 60653-2724

Patricia Snowden
1219 East 70th Street
Chicago, IL 60637-4708

Sprint Nextel Correspondence
Attn: Bankruptcy Dept.
PO Box 7949
Overland Park, KS 66207-0949

Staples Business Advantage
Dept. DET 2368
PO Box 83689
Chicago, IL 60696-0001

Charles Ann Stewart
9101 S. Clyde Avenue
Chicago, IL 60617-3741

Juanita Swan
8046 S. Eberhart 2nd Floor
Chicago, IL 60619-3810

Tabitha A. Watts, MD
8628 S. Normal Avenue
Chicago, IL 60620-2153

Melaku Tadesse
6508 Forest Avenue
Hammond, IN 46324-1016

Florida Taylor
151 W. 72nd Street
Chicago, IL 60621-3568

The University of Illinois at Chicago
3465 Paysphere Circle
Chicago, IL 60674-0034

Mae Frances Thomas
12634 S. Elizabeth
Calumet Park, IL 60827-6111

David Toliver
4901 S. Drexel Blvd. Apt. 405
Chicago, IL 60615-2746

Travelers Insurance
c/o RMS
77 Hartland Street, Suite 401
East Hartford, CT 06108-3253

Trinity United Church of Christ
400 W. 95th Street
Chicago, IL 60628-1120

Lazane Tyler
153 Treehouse Road
Matteson, IL 60443-1267

Unique Office Services, Inc.
PO Box 523
Chicago, IL 60690-0523

United Health Care
185 Asylum Street
City Place 1
Hartford, CT 06103-3408

United States Postal Service
540 N. Dearborn
Chicago, IL 60610-4300

Unique Office Services Inc.
7854 S. Maryland Avenue
Chicago, IL 60619-3110

Victoria Venuso
11849 Sterling Drive
Orland Park, IL 60467-1413

Vincennes Car Wash
7936 S. Vincennes Avenue
Chicago, IL 60620-1121

Veneta Anthony
8030 S. Blackstone Avenue
Chicago, IL 60619-4615

Verizon Wireless
455 Duke Drive
Franklin, TN 37067-2701

Lefa Wafer
1307 E. 83rd Street
Chicago, IL 60619-6449

Wagner/Donovan Design
325 W. Huron Street, Suite 701
Chicago, IL 60654-3617

Connie Walker
6748 S. Prairie Avenue
Chicago, IL 60637-4033

Jimia Walker
8249 S. Merrill Avenue
Chicago, IL 60617

Earvin Walkins
12700 S. Peoria
Chicago, IL 60643-6617

Mary Walls
4441C S. Greenwood 3rd Floor #5
Chicago, IL 60653

Ora Walton
340 E. 38th Street
Chicago, IL 60653-1701

Warehouse Direct
1601 W. Algonquin Road
Mount Prospect, IL 60056-5503

Merrill Warfield
9948 S. Beverly
Chicago, IL 60643-1378

Washington & Hyde Park Properties II LLC
71 Indian Tree
Highland Park, IL 60035-5256

Washington Pittman & McKeever
819 South Wabash Avenue #600
Chicago, IL 60605-2184

Stacy Watson
12319 Benck Drive Apt. #201
Alsip, IL 60803-1067

Brenda Wells
3622 W. 84th Place
Chicago, IL 60652-3228

Stacey Wesley
39 W. 47th Street
Chicago, IL 60609-4657

Lamaris West
9041 S. Buffalo
Chicago, IL 60617-4494

Tiffany West
6514 S. King Drive
Chicago, IL 60637-3256

Toyothy Whitfield
6540 S. Drexel Avenue
Chciago, IL 60637-4206

Edward Whittier
2718 E. 178th Street
Lansing, IL 60438-1807

Jacquelin Wilson
10030 S. Francisco Avenue
Evergreen Park, IL 60805-3555

WIPFLI LLP
GFP Training
PO Box 8700
Madison, WI 53708-8700

Barbara Woods
12627 S. Elizabeth
Calumet Park, IL 60827-6110

Alex du Buclet
4936 S. Ellis
Chicago, IL 60615-2708

Willie Wheeler/Midwest Pest Control
1289 Anvil Drive
Machesney Park, IL
61115-1474

IFF
C/O Hauselman, Rappin & Olswang
39 S. LaSalle St., Suite 1105
Chicago, IL 60603